Ordered that the Defendants do answer the Complainants Bill in Fourteen Days after Service of this Rule.
Copy dd Mr. Graeme
Alexr Stewart [45] Deputy Register in Cane.

 Alexander Stewart (1691-1763), came to Charleston about 1715, apparently from Scotland. A member of St. Andrew’s Society in 1730, and of the Charleston Library Society in 1750, he served for more than thirty years as deputy register and as register in chancery; he was also coroner of Berkeley County and a magistrate. (Salley, Death Notices, p. 31; Year Book City of Charleston 1894, p. 281; SCHGM, XXIII, 170; General Index to Miscellaneous Records and Bills of Sale to 1825, Historical Commission of S. C., Columbia.)